THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADELPHI COLLEGE, Appellant, *v.* JAMES L. WELLS et al., Constituting the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF YORK, Respondents.

*People ex rel. Adelphi College* v. *Wells*, 97 App. Div. 312, affirmed.
(Argued January 9, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 11, 1904, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing certain real estate for purposes of taxation.

*John A. Taylor* for appellant.

*John J. Delany, Corporation Counsel* (*George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.